# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1229

_____

| | | |
|---|---|---|
| Jordan Blair, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Arkansas. |
| Bob Wills, also known as W. B. | * | |
| Wills, also known as Bobby Ray | * | |
| Wills; Betty Sue Wills; Sam | * | [UNPUBLISHED] |
| Gerhardt; Deborah Gerhardt; Bo | * | |
| Gerhardt; Julie Gerhardt; Drew | * | |
| Parrish; Robert O'Briant; Robert | * | |
| Kennedy; Mountain Park Boarding | * | |
| Academy; Palm Lane Baptist Church, | * | |
| Inc., | * | |
| | * | |
| Appellees, | * | |
| ---------------------------------------------- | * | |
| State of Arkansas, Crawford County; | * | |
| Ron Blair; Jan Blair; Chris Blair; | * | |
| Timmy Blair, | * | |
| | * | |
| Movants Below - | * | |
| Appellees. | * | |

_____

Submitted: November 12, 2004
Filed: November 16, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Jordan Blair appeals the district court's[1] order quashing his subpoena for his juvenile records. Appellees Bob and Betty Sue Wills; Sam, Deborah, Bo, and Julie Gerhardt; Drew Parrish; Robert O'Briant; Robert Kennedy; and Palm Lane Baptist Church have moved to supplement the record on appeal with a complaint, a motion, and multiple court orders. We grant this motion.

We also dismiss this appeal as moot, because the case for which Blair sought a subpoena is no longer proceeding in the United States District Court for the Eastern District of Missouri, but is instead pending in multiple appeals in this court. See McCook Metals LLC v. Alcoa, Inc., 249 F.3d 330, 334 (4th Cir. 2001) (ancillary court's power to issue subpoenas is dependent on jurisdiction of court where underlying action is pending); Sullivan v. Dickson, 283 F.2d 725, 727 (9th Cir. 1960) (motion to inspect documents under Fed. R. Civ. P. 34 or 45(b) cannot be granted in absence of pending proceeding), cert. denied, 366 U.S. 951 (1961); cf. 9A Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2456 at 29 (2d ed. 1995) ("subpoena may issue only in aid of a pending action").

Accordingly, we dismiss this appeal. See 8th Cir. R. 47A(a).

_____

---

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.